IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                       Plaintiff,                    ORDER

v.

                                                    19-cr-145-wmc

DANIEL BOLDT,

                       Defendant.
_____

As a result of the ongoing coronavirus pandemic, the April 27, 2020 trial date is STRUCK. The court will reschedule the trial in consultation with the parties once it is safe for people to convene in groups. Pursuant to 18 U.S.C. § 3161(h)(7), time is excluded from computation on the speedy trial clock from today until the new trial date because complying with national and state directives aimed at curbing the spread of the virus best serves the ends of justice, the interests of the public and the interests of the defendant.

The parties' deadlines to disclose experts remain in place. The April 6, 2020 deadline for final pretrial submissions remains in place. The April 8, 2020 9:00 a.m. final pretrial conference is converted to telephonic, with the court initiating the conference call. The final hearing before the trial judge is canceled and will be reset with the new trial date.

Entered this 18th day of March, 2020.

                                              BY THE COURT:

                                              /s/

                                              STEPHEN L. CROCKER
                                              Magistrate Judge